the pleadings, AND REMAND this matter to the district court for further
 proceedings consistent with this order.

 steo-4; ,J.
 Hardesty

 J.
 Douglas

 CHERRY, J., concurring
 For the reasons stated in the SFR Investments Pool I, LLC v.
 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent Bank of America lost its lien priority by virtue of the
 homeowners association's nonjudicial foreclosure sale. I recognize,
 however, that SFR Investments is now the controlling law and, thusly,
 concur in the disposition of this appeal.

 Ck J.
 Cherry

 cc: Hon. Ronald J. Israel, District Judge
 Kang & Associates PLLC
 Akerman LLP/Las Vegas
 Eighth District Court Clerk

SUPREME COURT
 OF
 NEVADA
 2
(0) 1947A Wel(M.